STATE

v.

James RODERICK.

No. 78–268–C.A.

Supreme Court of Rhode Island.

March 13, 1980.

Dennis J. Roberts II, Atty. Gen., Lawrence M. Iacoi, Spec. Asst. Atty. Gen., for plaintiff.

Mann & Roney, Robert B. Mann, Providence, for defendant.

## ORDER

The motion for counsel fee is granted and counsel Robert B. Mann is awarded the sum of $804 for services performed on behalf of defendant before this court.